## Joseph & Norinsberg LLC
### Fighting for Employee Justice

**Queens Office**
69-06 Grand Avenue, 3rd Floor
Maspeth, New York 11378

**Manhattan Office**
110 East 59th Street, Suite 2300
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1515 Market Street, Suite 1200
Philadelphia, Pennsylvania 19102

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Ave, Suite 832
Winter Park, Florida 32790

Jon L. Norinsberg, Esq.
jon@norinsberglaw.com

December 2, 2024

**VIA ECF**
Hon. Valerie E. Caproni
United States District Judge
United States Courthouse
40 Foley Square, Room 443
New York, NY 10007
(212) 805-6350

      Re:   **Igartua v. Polanco Brothers IP LLC**
             <u>Case No. 24-cv- 07088 (VEC)</u>

Dear Judge Caproni:

      Our office represents Plaintiff Juan Igartua ("Plaintiff") in the above-referenced Americans with Disabilities Act ("ADA") matter against Defendant Polanco Brothers IP, LLC ("Defendant"), which was filed on September 18, 2024, and served upon the Defendant on October 23, 2024 (Docket No. 6).

      Attorney Michael Cortes, Esq., on behalf of the Defendant, contacted the undersigned via email last week to inform us that they had recently been assigned as counsel to Polanco Brothers IP LLC. Attorney Cortes requested a 30-day extension of time to submit their Answer. The parties also engaged in a comprehensive discussion regarding a potential settlement agreement. Although the settlement has not yet been finalized, it is anticipated that we will reach a mutual understanding by January 1, 2025.

      This is the Defendant's first request for an extension, and we have no objection to such an extension.

      We trust that the Court will find this letter sufficient to extend Defendant's the time to Answer the Complaint by 30-days, until January 1, 2025. We remain committed to resolving this case promptly and will notify the Court upon reaching a resolution.

      Thank you for your attention to this matter.

      Respectfully submitted,

**JOSEPH & NORINSBERG, LLC**

      Sincerely,

Jon L. Norinsberg, Esq.
Bennitta L. Joseph, Esq.
*Attorneys For Plaintiff*
110 East 59th Street,
Suite 2300
N.Y., N.Y. 10022
(212) 227-5700
Fax No. (212) 656-1889
jon@norinsberglaw.com
bennitta@employeejustice.com

c.c.  Michael Cortez, Esq.
      New York, NY
      (917) 838-6371