**Arjeta Albani, Esq.**
arjeta@employeejustice.com

January 21, 2025

**VIA ECF**
Hon. Valerie E. Caproni
United States District Judge
United States Courthouse
40 Foley Square, Room 443
New York, NY 10007
(212) 805-6350

      Re:   **Juan Igartua v. Polanco Brothers IP LLC**
              <u>Case No. 24-cv- 07088 (VEC)</u>

Dear Judge Caproni:

      We represent Plaintiff Juan Igartua ("Plaintiff") in the above referenced ADA matter. We write to respectfully inform the Court that the Parties have reached a settlement in this action and that the parties intend to file the appropriate notice/stipulation of settlement upon receipt of the settlement proceeds.

      In light of said settlement, the parties respectfully request that all currently pending deadlines in this action be adjourned *sine die*.

      We thank the Court for its time and attention in this matter.

                                             Respectfully submitted,

                                             **JOSEPH & NORINSBERG, LLC**

**Joseph & Norinsberg LLC**
Fighting for Employee Justice

**Queens Office**
69-06 Grand Avenue, 3rd Floor
Maspeth, New York 11378

**Manhattan Office**
110 East 59th Street, Suite 2300
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1515 Market Street, Suite 1200
Philadelphia, Pennsylvania 19102

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Ave, Suite 832
Winter Park, Florida 32790

Arjeta Albani, Esq.
*Attorney For Plaintiff*
110 East 59th Street, Suite 2300
New York, New York 10022
(212) 227-5700
Fax No. (212) 656-1889
arjeta@employeejustice.com

c.c.
Michael Cortes, Esq.
mcortes@corteslawnyc.com